**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| BELINDA M. GUTHRIE, ) | |
| ) | **Jury Trial Demanded** |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| MOISES A. RAMIREZ, ) | Case No. _____ |
| d/b/a  Longhaul Transportation ) | |
| Serve at: ) | |
| 2507 Carlos Avenue ) | |
| Brownsville, Texas 78521 ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

COMES NOW Plaintiff BELINDA GUTHRIE, by and through her attorneys, LITTLE, SCHELLHAMMER, RICHARDSON & KNOWLAN, P.C., and for her Complaint, states as follows:

1. This cause of action arises out of a motor vehicle crash which occurred on January 26, 2016 on U.S. Highway 67 near the intersection with County Road 323 in Butler County, Missouri.

2. Plaintiff BELINDA GUTHRIE is a resident of Butler County, Missouri.

3. Defendant MOISES A. RAMIREZ is a resident of the State of Texas, where he owns and operates an over the road trucking company doing business under the name "Longhaul Transportation".

4. Plaintiff herein seeks judgment against Defendant in an amount exceeding the sum of $75,000 exclusive of interest and costs.

5. This Court has jurisdiction over this matter pursuant to 28 U.S.C §1332.

6. On and prior to January 26, 2016 Defendant engaged and directed its agent and employee, Jose L. Zamarripa Guzman as a driver/operator of long haul vehicles delivering cargo on vehicles owned, leased or controlled by Defendant. At all times relevant hereto, Jose L. Zamarripa Guzman was acting in the course and scope of his employment by and agency for Defendant.

7. At the aforesaid time and place Plaintiff was a passenger in the front right passenger seat of a 2009 Chevrolet Impala automobile, travelling northbound on U.S. Highway 67 in Butler County, Missouri. Said vehicle was stopped in the roadway due to congested traffic to the front.

8. At the same time Guzman was operating a 2003 International Harvester Model 900 semi-truck with attached trailer, also travelling northbound behind the vehicle occupied by Plaintiff.

9. At said time and place Guzman negligently and carelessly operated his motor vehicle and caused his motor vehicle and/or attached trailer to collide with Plaintiff's vehicle, thereby injuring Plaintiff.

10. Plaintiff is entitled to judgment against Defendant in that:

First,

    1) Guzman was operating his motor vehicle within the scope and course of agency for Defendant at the time of the crash;

    2) Guzman drove at an excessive speed;

    3) Guzman drove at a speed too fast for the weather and road conditions;

    4) Guzman failed to maintain control of his motor vehicle;

    5) Guzman failed to keep a careful lookout; and

Second, Guzman was thereby negligent, and

Third, as a direct result of such negligence, Plaintiff sustained damage as follows:

1) Injury to her head, face, neck, back, shoulders, and legs; and

2) Pain and suffering resulting from the loss; and

3) Impairment of her general health, strength and vitality; and

4) Incurring of medical expenses, which expenses are continuing and ongoing; and

5) Impairment of the ability to enjoy life which impairment is continuing; and

6) Permanent loss of the complete and normal use of the body parts mentioned in subparagraph one above.

WHEREFORE, Plaintiff prays for Judgment against Defendant in an amount in excess of $75,000 that will fairly and reasonably compensate her for her injuries and damages, for her costs herein incurred, and for such other and further relief as the Court may deem just and proper.

Respectfully submitted,

LITTLE, SCHELLHAMMER,
RICHARDSON & KNOWLAN
*Law Offices, P.C.*

By:_____
Matthew D. Richardson                    #33338
123 South Second Street
P.O. Box 1226
Poplar Bluff, MO 63902
(573) 686-7281
(573) 686-7297 Facsimile
Matt@littlelawoffice.com

Attorneys for Plaintiff