# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| BELINDA M. GUTHRIE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 1:18-cv-00061 ) |
| MOISES A. RAMIREZ, d/b/a Longhorn Transportation | ) ) ) |
| Defendant. | ) ) |

## STIPULATION FOR DISMISSAL

All matters herein having been compromised and settled, comes now Plaintiff and hereby dismisses this matter, with prejudice, each party to bear its own costs.

Respectfully submitted,

LITTLE, SCHELLHAMMER,
RICHARDSON & KNOWLAN
Law Offices, P.C.

By: _____
Matthew D. Richardson        #33338
123 South Second Street
P.O. Box 1226
Poplar Bluff, MO 63902
(573) 686-7281
(573) 686-7297 Facsimile
Matt@littlelawoffice.com

Attorneys for Plaintiff

SO ORDERED this 10th day of April, 2018.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of April, 2018 the foregoing was served upon John Tripicchio, by electronic mail to his email address john.tripicchio@citadelrisk.com.

_____